# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**WILLIS K. JONES, #59663**                                                              **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 3:09-cv-289-DPJ-JCS**

**UNITED STATES CONGRESS, et al.**                                  **DEFENDANTS**

## SHOW CAUSE ORDER

The Plaintiff, an inmate of the Mississippi Department of Corrections, filed this complaint pursuant to 42 U.S.C. § 1983. On May 26 2009, and order [8] was entered which directed the Plaintiff to fully complete, sign and file a form entitled "FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983," within twenty days. The Plaintiff was warned that his failure to timely comply with the requirements of the order would lead to the dismissal of his complaint. On July 6, 2009, the Plaintiff filed a pleading [10] which contains documents related to his *in forma pauperis* motion. However, Plaintiff has not filed the complaint forms as ordered, therefore he has not complied with the Court's order of May 26, 2009.[1] Accordingly, it is hereby,

**ORDERED:**

(1) That Plaintiff file a written response, within fifteen days from the date of this order, showing cause why this case should not be dismissed for failure to comply with the Court's May 26, 2009 order;

---

[1] The docket of this case reflects three responses [9, 10, 11] filed. The June 8, 2009, document [9] was not signed or filed by the Plaintiff but was submitted by another inmate. The July 10, 2009, document [11] is identical to the July 6, 2009 document [10] referenced above.

(2) That Plaintiff comply with the May 26, 2009 order by completing, signing and filing the form entitled "FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983," within fifteen days from the date of this order.

Plaintiff is warned that his failure to advise this Court of a change of address or failure to comply with any order of this Court will result in the dismissal of this case.

THIS the 16th day of July, 2009.

                                        s/James C. Sumner
                                        UNITED STATES MAGISTRATE JUDGE